UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

BRIAN FOLKS, )
    Plaintiff )
            )
v. ) No.
            )
UNITED STATES OF AMERICA, )
    Defendant )

FILED

NOV 20 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

## COMPLAINT WITH JURY DEMAND

This is a civil rights action filed by Brian Folks, a federal prisoner, for damages, alleging the torts of assault and battery.

### JURISDICTION

1. This court has supplemental jurisdiction over plaintiff's state law tor claims under 28 U.S.C. § 1367.

### PARTIES

2. Brian Folks is a Federal prisoner whom was housed within the same Bureau of Prisons institution where the assault and battery occured.

3. Defendant's Lieutenant Montgomery, Lieutenant Darnell, and Officer C. Straughan are employees of the Federal Bureau of Prisons, and were working at the same institution as plaintiff when they committed the assault and battery on plaintiff.

(1)

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

4. The plaintiff has exhausted his administrative remedies with respect to all claims.

## FACTS AND ASSAULT AND BATTERY

On 01/20/24, the officer on my unit (OB) called "five minutes to lockdown." I immediately went to my call and tried to empty my urine bag as I do every night. My cell mate at the time, J. Michel, Reg No. 97037-004, informed me that the toilet and the water were not working in the cell for awhile. I then went to the officer's station and addressed the issue with the officer on duty (K. Farrar). Thus began the ordeal:

* I explained to her that Because of my condition (24 hour a day wheelchair restricted) I am in constant need of the rest room and running water. Also, because I was forced to sleep on the floor of the cell at that time, I was even more so in need of these things because I couldn't get up off the floor on my own or in time to get to the toilet, so I often hed accidents at night and would need to be able to clean myself immediately.
* Ms. Farrar told me and my other cellmate (Who was oxygen dependant) that the water and toilet wouldn't be able to be turned back on until Monday because the unit we were in was being ran soley on a generator, per the lietenant on duty.
* I then asked her if she could ask the Lieutenant to place me in SHU for the two days we had to wait for the water and toilet to be turned on, because of my medical situation.
* Ms. Farrar said she would and then proceelled to tell my cell mate who was oxygen dependant (and also in a wheelchair), that he could switch cells with someone for the night in order to plug up his oxygen machine.
* I went to my cell and waited for the lieutenant to come.
* The officer then began to lock the cells. Mine was the fourth cell she got to and before locking it, she asked me if I was sure I wanted to stay in the

(2)

Case 5:24-ct-03278-M-RJ    Document 1    Filed 11/20/24    Page 2 of 5

SHU. I explained that I really didn't but, my health was at issue. She said O.K., and locked my cell and went to the second door to my cell and began speaking with my cell mate.

* At this point, Lieutenant Darnell, accompanyed by Lieutenant Montgomery and Officer C. Straughan, entered the unit as Lieutenant Darnell began to yell "Get the Fuck off of the phone and lock the fuck in Now!" to the other prisoners still out.

* Lieutenant Montgomery, standing in front of my cell, asked me; "What cell are you in?" I responded; "Right there, number three" He said, "Then lock the fuck in!" I said I'm the one you were supposed to be talking to about the SHU."

* He motioned for the door key from the officer and as he opened it said, "You don't say where you go, we run this shit."

* Before I could respond, Lieutenant Darnell grabbed my chair from behind and violently shoved me twards the cell. He hit the wall and broke the cup holder on my chair as well as the right side leg platform.

* I then put my arms out and stopped him from forcing me into the cell in that manner out of fear that I would fly into the bunk and hurt myself.

* At this point, Both lieutenants and the other officer (Straughan), all tried forcing me into the cell. My chair was turned over and I was dumped onto the floor at the door of the cell and one of them attempted to close the door on my head with my left hand still stuck in the door frame holding on as I was still strapped to my wheelchair via the safety seatbelt. as a result, my left hand was crushel in the lloor.

* I then yellel out, "Your gonna break my hand".

* At this point, Staughan stepped in the cell and grabbed my left hand and forced it behind my back, partially turning me on my staomach while on the floor, still strapped into my wheelchair. I then grabbell the door jam with my right hand.

* The unit officer Ms. Farrar was yelling, "What are yall doing? Stop."

* Lieutenant Darnell then told the officer to let me go and to lock everyone else in, as the other prisoners were all watching and yelling at them.

* Officer Farrar then said to me, they will fix everything tommorow Folks come on, and moved to help me back into my wheelchair.

(3)

Case 5:24-ct-03278-M-RJ    Document 1    Filed 11/20/24    Page 3 of 5

* At this point I was cursing the officers out for attacking me and then I told officer Farrar not to help me up because she was a female and I didn't want to be all over her. I said; "Let my celly get me up.
* My two walking cell mates, C. Palmer 38139, and J. Michel 97037-004, then unstrapped my from my chair, strightened it out as best they could, and then lifted me back into my chair.
* CO Farrar said he'll be ok and attempted to close my cell door as I was still cursing the officers. Lt. Darnell stopped her and said no we have to take him now.
* Lt. Darnell then pushed me out of the unit and took me to the SHU along with Lt. Montgomery, with NO handcuffs on.
* When we got in front of the SHU, Lt. Darnell said; "We have to put these on for the cameras." And put handcuffs on me.
* I was written a disciplinary report for attempting to assault an officer. No officer in particular was named. The Officer working my unit didn't write it. Nor was she called to my hearing. Nor did she write any report.
* As of the date of this document, I still haven't recieved a written dispositic or afforded any oportunity to appeal the misbehavior report.
* every attempt to investigate this incident by the facility was under the presence of Lt. Darnell, while I was in the SHU.- Including the hearing.

## CLAIMS FOR RELIEF

5. The actions of defendants Montgomery, Darnell, and Straughan in using physical force against the plaintiff without need or provocation constituted the tort of assault and battery under the law of North Carolina.

## RELIEF REQUESTED

WHEREFORE, plaintiff requests that this court grant the following relief:

A. Award compensatory damages of $102,500.00 for the

(4)

physical and emotional injuries sustained as a result of plaintiff's beating.

B. Grant such other relief as it may appear that plaintiff is entitled.

Date: **11-13-24**

Brian Folks # 11701-082
F.C.I. Butner Medium II
P.O. Box 1500
Butner, NC 27509

(5)