FILED

DEC 20 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

## United States District Court
### Eastern District of North Carolina
### Western Division

**Case No.** 5:24-CT-3278-BO

(To be filled out by Clerk's Office only)

_____Brian Folks_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number **1170I-082**

-against-

United States of America
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT

*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Page 1 of 10

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☑    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

BRIAN FOIKS
Name

11701-082
Prisoner ID #

BUTNER Medium II - F.C.I
Place of Detention

P.O. Box 1500
Institutional Address

BUTNER                                    N.C.                    27509
City                        State                Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee    ☐ State    ☐ Federal
☐    Civilly committed detainee
☐    Immigration detainee
☐    Convicted and sentenced state prisoner
☑    Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:     J. Darnell
Name

Correctional OPPicer (Lieutenant)
Current Job Title

FCI Butner med 2     P.O. Box 1500
Current Work Address

Butner        N.C        27509
City            State        Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both

Defendant 2:     M. Montgomery
Name

Correctional oPPicer (Lieutenant)
Current Job Title

F.C.I Butner med 2     P.O. Box 1500
Current Work Address

Butner        N.C.        27509
City            State        Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both

**Defendant(s) Continued**

Defendant 3: _____ C. Straughan _____

Name

_____ Correctional officer _____

Current Job Title

_____ F.C.I Butner med 2    P.O.Box 1500 _____

Current Work Address

_____ Butner _____ N.C. _____ 27509 _____

City            State            Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both


Defendant 4: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City            State            Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: FCI Butner Medium 2 - PO Box 1500
Butner, NC 27509

Date(s) of occurrence: 1/20/2024

State which of your federal constitutional or federal statutory rights have been violated:

North Carolina Tort of Assault and Battery

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

On January 20, 2024 while being confined in OB unit at Butner MED 2 - Federal correctional Institution. After conversing with the officer on Duty - Ms. Farrar, about my cell having no running water or working toilet, I asked to speak with the lieutenant on Duty. Lt. Darnell, Lt. Montgomery, and officer Straughan entered the unit and immediately began shouting profanities to the inmates and then without provocation, grabbed my wheelchair and attempted to forcibly shove me into the cell. As my chair hit the door frame wall, I put my hands out on each side of the Door And stopped myself from being shoved into the cell Directly into the Metal bunk bed. To my recollection, Lt. Montgomery was holding the Door while Lt. Darnell Attempted to shove me in. He used his knee in the Back of my chair

> Who did what to you?

To try getting me in.

**What happened to you?**

Lt. Danell realized He wasn't strong enough to Force me in so He tipped my wheel chair over on it's left side leaving me pinned to the Floor As I was seat Belted into my chair. Then C.O. Straughan used his Foot in a kicking motion To get me in the cell. He then grabbed my Right Arm and Bended it Behind me As he stepped into my cell to pull me in. All the while I was still strapped to my downed wheel chair. My left hand was in the Door Frame Between the Door And wall As Lt. Darnell And Lt. Montgomery shoved on it with their Body weight, Smashing my Hand.

**When did it happen to you?**

This All Took place on January 20, 2024 At or on About 9:15 p.m inside of OB unit At Butner med 2 Federal correctional Facility

**Where did it happen to you?**

It happened in the Dayroom Area of the unit Directly under the stairs in Front of cell # 3.

Case 5:24-ct-03278-M-RJ     Document 5     Filed 12/20/24     Page 6 of 10

**What was your injury?**

As a result of this assault, my left hand was swollen and to this very day hurts me when I roll myself around. Other than a visual inspection, I got no medical treatment as I was placed in the SHU for approximately 18 days without my medical bed or my medical pillow (wedge) or even my medical shoes or my medical mattress. All of which were assigned to me by the medical staff for my chronic medical condition. Therefore, I had no choice but to sleep in my wheel chair the entire time.

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☑ Yes   ☐ No
     If no, explain why not:

Is the grievance process completed?   ☑ Yes   ☐ No
     If no, explain why not:

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I would like To recieve A total of $102,500.00 For the pain And Neglect (Medically) I recieved During And after this Assault took place and For my wheel chair (personA) which was Beat out of shape While Being Rammed into the wall and Flipped over with Me seat Belted to it.

Case 5:24-ct-03278-M-RJ   Document 5   Filed 12/20/24   Page 8 of 10

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?　　☐ Yes　　☑ No

If yes, how many?　__N/A__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

__N/A__

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

_12/ 16/ 24_
Dated

_Plaintiff's Signature_

Brian Folks
Printed Name

11701-082
Prison Identification #

PO Box 1500                Burner              NC        27509
Prison Address              City                State      Zip Code